■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM WINTERFIELD, Appellant. [835 NYS2d 906]—Appeals by the defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Gazzillo, J.), both imposed November 18, 2005, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.